IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAURICE BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANCES RAYMONVILLE-WATSON, )<br>NELVIN WILDER, JR. )<br>Defendants. )<br>) | CIVIL ACTION<br>FILE NO: |

**COMPLAINT**

COMES NOW Plaintiff and respectfully shows as follows:

**FIRST CAUSE OF ACTION**

1.

This is a claim under 42 U.S.C.§ 1983 and the Fourth and Fourteenth Amendments regarding the use of excessive force against him. It is also a claim for violation of state constitutional rights and tortious conduct under state law.

2.

The Court has jurisdiction under 28 U.S.C. §1343 and 28 U.S.C. §1367.

3.

The actions of each officer named herein were taken under color of state law.

4.

Each officer is a resident of the Northern District of Georgia and subject to the jurisdiction of the Court.

5.

On December 9, 2021, Defendants assaulted Plaintiff and broke his right arm.

6.

The crimes for which Plaintiff was arrested for were misdemeanors.

7.

At the time of arrest, Plaintiff posed no immediate threat to the safety of the officers or others.

8.

At the time of arrest, Plaintiff was not actively resisting arrest or attempting to flee.

9.

Defendants used excessive force against Plaintiff.

10.

As a proximate result of Defendants actions, Plaintiff was damaged in the amount of $1,000,000.00.

11.

Plaintiff is entitled to punitive damages because of Defendants reckless or callous indifference to Plaintiff's constitutional rights in the amount of $500,000.00.

12.

Plaintiff is entitled to reasonable attorney fees.

## **SECOND CAUSE OF ACTION**

13.

Paragraphs 1 through 12 are realleged as though fully set out.  All Defendants are sued herein.

14.

Defendants acted with the conscious and malicious intent to cause Plaintiff injury.

15.

Defendants violated Plaintiff's right to be free from abuse under the Georgia Constitution. Article 1 Section 1 Paragraph 17.

16.

Plaintiff is entitled to damages in the amount of $1,000,000.00 which he suffered as a proximate result of defendants' actions.

17.

The Defendants actions complained of in the complaint showed actual malice, willful conduct, wantonness, oppression or the entire want of care which raises the presumption of conscious indifference to consequences.  Their acts were taken to harm Plaintiff and deprive him of his state constitutional rights.

18.

Plaintiff is entitled to punitive damages of $500,000.00.

19.

Plaintiff is entitled to reasonable attorney fees.

## THIRD CAUSE OF ACTION

20.

Paragraphs 13 through 19 are re-alleged as though fully set out.

21.

Plaintiff was subjected to assault and battery by these officers.

Wherefore, Plaintiff prays:

a) For damages as set out;

b) For punitive damages as set out;

c) For reasonable attorney fees;

d) For jury trial;

e) For each other and further relief as is just and proper.

                                                  Respectfully submitted:

                                                  **/s/ Keith R. Foster**
                                                  Keith R. Foster
                                                  Georgia Bar No.: 271001
                                                  *Attorney for Plaintiff*

**THE FOSTER FIRM, LLC**
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, Georgia 30349
(P): 404-559-8325
(F): 404-559-8335
Email: kfoster@tfflaw.net

                                                  **/s/Ralph Goldberg**
                                                  Ralph Goldberg
                                                  Georgia Bar No: 299475
                                                  Attorney for Plaintiff

GOLDBERG & CUVILLIER, P.C.
3469 Lawrenceville Hwy., Suite 102
Tucker, GA 30084-6919
770-670-7343
770-670-7344 (Fax)
attorneygoldberg@hotmail.com