AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frances Raymonville-Watson

was received by me on *(date)* January 2 2024

☑ I personally served the summons on the individual at *(place)* Frances Raymond-Watson 2841 Greenbriar Pkwy SW Atlanta GA 30331 on *(date)* 4/20/2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/20/2024

*Server's signature*

Maurice Elliott
*Printed name and title*

4426 Hugh Howell Rd Ste 216
Tucker GA 30084
*Server's address*

Additional information regarding attempted service, etc: