# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MAURICE BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE** |
| v. ) | |
| ) | NO.:1:23-CV-05681-JPB |
| **FRANCES RAYMONVILLE-WATSON** ) | |
| **AND NELVIN WILDER, JR.,** ) | |
| ) | |
| **Defendants.** ) | |

## ANSWER OF DEFENDANTS FRANCES RAYMONVILLE-WATSON AND NELVIN WILDER, JR.[1]

**COME NOW DEFENDANTS** Frances Raymonville-Watson and Nelvin Wilder, Jr. (hereinafter "Defendants") and file this their Answer to Plaintiff's Complaint ("Complaint") as follows:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim or cause of action against the Defendants upon which relief can be granted and should be dismissed.

---

[1] This Answer is being filed out of abundance of caution. Defendants were served recently even though the case was closed on April 29, 2024.

## SECOND DEFENSE

Plaintiff is not entitled to any relief because the claims are barred by the doctrines of sovereign immunity and qualified immunity.

## THIRD DEFENSE

Plaintiff's Complaint should be dismissed because of insufficiency of service of process.

## FOURTH DEFENSE

Plaintiff's Complaint should be dismissed because it states no cause of action that gives this Court jurisdiction.

## FIFTH DEFENSE

Plaintiff is estopped from asserting the claims set forth in the Complaint in that the facts and circumstances which form the basis of the Plaintiff's Complaint and the alleged damages were brought about by and were the result of the Plaintiff's own conduct.

With respect to the individually-numbered paragraphs of the Complaint, Defendants respond as follows:

## **FIRST CAUSE OF ACTION**

1.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 1. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

2.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 2. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

3.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 3. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

4.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 4. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

5.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 5. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

6.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 6. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

7.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 7. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

8.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 8. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

9.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 9. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

10.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 10. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

11.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 11. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

12.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 12. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

## **SECOND CAUSE OF ACTION**

13.

Defendants reallege and incorporate the answers and defenses above as if fully restated here.

14.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 14. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

15.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 15. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

16.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 16. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

17.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 17. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

18.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 18. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

19.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 19. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

## THIRD CAUSE OF ACTION

20.

Defendants reallege and incorporate the answers and defenses above as if fully restated here.

21.

Defendants are without sufficient information to admit or deny the statements and allegations in Paragraph 21. Insofar as said paragraph seeks to impose liability upon these Defendants, it is denied.

## GENERAL DENIAL

Defendants deny any and all statements and allegations, not previously denied, which seek to impose liability upon it. Furthermore, Defendants deny that they breached any ministerial duty in connection with the named Plaintiff.

**WHEREFORE,** for the reasons above-stated, Defendants request that this Court:

a) Dismiss the Plaintiff's Complaint in its entirety;

b) Enter judgment in favor of the Defendants;

c) Cast all costs against Plaintiff, including Defendants' reasonable attorney's fees and costs;

d) Deny Plaintiff all injunctive relief; and

e) Grant Defendants any and all relief the Court deems just and

proper under these circumstances.

This 11th day of May, 2024.

                                                  James E. Dearing, Jr., P.C.

| | |
|---|---|
| James E. Dearing, Jr., P.C. | **_/s/ James E. Dearing, Jr._** |
| 1596 W. Cleveland Avenue | James E. Dearing, Jr. |
| Suite 102 | Georgia Bar. No.: 215090 |
| East Point, Georgia 30344 | *Attorney for Defendants* |
| 404.870.0010 / tele | |
| jdearing@jed-law.com | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAURICE BROWN,                           ) | |
|                                          ) | |
|     Plaintiff,                           ) | |
|                                          ) | CIVIL ACTION FILE |
| v.                                       ) | |
|                                          ) | NO.: 1:23-CV-05681-JPB |
| FRANCES RAYMONVILLE-WATSON  ) | |
| AND NELVIN WILDER, JR.,          ) | |
|                                          ) | |
|     Defendants.                          ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the forgoing **ANSWER OF DEFENDANTS FRANCES RAYMONVILLE-WATSON AND NELVIN WILDER, JR.** with the Clerk of the Court and upon the parties via U.S. Mail, properly addressed as follows:

Ralph Goldberg
GOLDBERG & CUVILLIER, P.C.
3469 Lawrenceville Hwy., Suite 102
Tucker, GA 30084-6919
attorneygoldberg@hotmail.com

Keith R. Foster
THE FOSTER FIRM, LLC
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, Georgia 30349
kfoster@tfflaw.net

This 11th day of May, 2024.

| | |
|---|---|
| James E. Dearing, Jr., P.C.<br>1596 W. Cleveland Avenue<br>Suite 102<br>East Point, Georgia 30344<br>404.870.0010 / tele<br>jdearing@jed-law.com | **/s/ James E. Dearing, Jr.**<br>James E. Dearing, Jr.<br>Georgia Bar. No.: 215090<br>*Attorney for Defendants* |